UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GABRIEL MOSES BURKE,

                Plaintiff,

    -against-

TAQUERIA EL PATRON,

                Defendant.
----------------------------------------------------------------x

**REPORT AND RECOMMENDATION**
23 CV 2859 (FB) (CLP)

**POLLAK,** United States Magistrate Judge:

    Plaintiff commenced this action on April 18, 2023, alleging violations of the Americans with Disabilities Act. (ECF No. 1). An Initial Conference was held in this case on October 17, 2023. (See Minute Entry dated 10/19/2023). On December 5, 2023, the parties notified the Court that a settlement in principle had been reached. (ECF No. 17). Since then, the Court has issued multiple Status Report Orders which plaintiff has not complied with. (See Electronic Orders dated 12/5/2023, 1/11/2024, 1/19/2024). On February 8, 2024, this Court Ordered plaintiff to Show Cause by February 28, 2024, why this action should not be dismissed for failure to prosecute. (ECF No. 21). Plaintiff provided no response to the Order to Show Cause.[1]

DISCUSSION

    Plaintiffs are obligated to move their cases forward to trial, and if they "fail to do so in a reasonable manner," their "case may be dismissed with [or without] prejudice as a sanction for [their] unjustified conduct." West v. City of New York, 130 F.R.D. 522, 524 (S.D.N.Y. 1990). "Dismissal is warranted where[,]" as here, "there is a lack of due diligence in the prosecution of the lawsuit by plaintiff." Id. Moreover, the law is "clear" that the district court "has the power

---

[1] The Court notes that plaintiff, represented by counsel Kevin Johnson, has also failed to meet Court-ordered deadlines in case 23 CV 2743.

to dismiss for failure to prosecute, on its own motion." Schenck v. Bear, Stearns & Co., Inc., 583 F.2d 58, 60 (2d Cir. 1978) (citing West v. Gilbert, 361 F.2d 314 (2d Cir. 1966), cert. denied, 385 U.S. 919 (1966)); Lewis v. Nationstar Mortg. LLC, No. 18 CV 3015, 2019 WL 11624580, at *1 (E.D.N.Y. Apr. 16, 2019), report and recommendation adopted, 2021 WL 103265 (E.D.N.Y. Jan. 11, 2021). The authority to dismiss a case *sua sponte* arises from a court's inherent power and is not limited by Rule 41 of the Federal Rules of Civil Procedure. Link v. Wabash R. Co., 370 U.S. 626, 630-31 (1962); accord In re World Trade Center Disaster Site Litig., 722 F.3d 483, 487 (2d Cir. 2013).

Plaintiff has failed to move this case forward. Plaintiff has taken no action in the case since December 5, 2023, when plaintiff notified the Court of settlement (ECF No. 17), except to withdraw one of his attorneys. (ECF Nos. 18, 19). The Court set Status Report deadlines of December 29, 2023, January 18, 2024, and January 26, 2024, none of which plaintiff complied with. (Electronic Orders dated 12/5/2023, 1/11/2024, 1/19/2024). Plaintiff then failed to respond to the Order to Show Cause by the deadline of February 28, 2024. (ECF No. 21). Plaintiff has ignored the Court and failed to prosecute this action.

## CONCLUSION

For the reasons set forth above, it is respectfully recommended that this action be dismissed without prejudice for failure to prosecute.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d

Cir. 2008).

**SO ORDERED.**

Dated: March 18, 2024
       Brooklyn, New York

                                                      /s/ Cheryl L. Pollak
                                                      Cheryl L. Pollak
                                                      United States Magistrate Judge
                                                      Eastern District of New York